```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND


JOHN O. MATSON,
        Plaintiff,

     v.                                        CA 10-435 S

TOWN OF NORTH KINGSTOWN,
ET AL.,
        Defendants.
```

### ORDER OF RECUSAL

I hereby recuse myself from participation in the above-referenced matter.

So ordered.

_____
William E. Smith
United States District Judge

Date: 10/20/10