UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN O. MATSON,<br>        **Plaintiff**<br>v.<br><br>**TOWN OF NORTH KINGSTOWN,**<br>by and through its Treasurer, **Patricia Sunderland,** and **GARY TEDESCHI,** in his individual and official capacities as the Building Official and Zoning Enforcement Officer for the Town of North Kingstown,<br>        **Defendants** | C.A. No. 10-435-ML |

## TEMPORARY RESTRAINING ORDER BY CONSENT

This matter came on to be heard on October 22, 2010 in chambers before the Honorable Mary M. Lisi, District Court Judge, on Plaintiff's Motion for Temporary Restraining Order, and after hearing thereon, by agreement of the parties, Plaintiff has made a showing of a likelihood of success on the merits, of irreparable harm if the injunction is not granted, that the balancing of the equities favor the Plaintiff, and that the public interest would be served by granting the injunction; it is therefore hereby,

### ORDERED

1.    That the Defendants Town of North Kingstown ("Town") and Gary Tedeschi their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are hereby temporarily restrained and enjoined from:

    a.    Enforcing certain provisions of the Town Zoning Ordinance, specifically, Article X, entitled "Signs" ("Town Sign Ordinance"), so as to prohibit the erection and display of political signs or subject them to more stringent size or other limitations than that imposed on non-political signs.

    b.    Enforcing or attempting to enforce the Town Sign Ordinance with respect to any four (4) foot by six (6) foot or similarly-sized political signs posted by the Plaintiff within

the Town, whether relating to his candidacy or any other issue or cause and whether or not affixed, in whole or in part, to a tree or portion thereof.

c. Applying more stringent limitations on political signs erected by the Plaintiff, than are applied by Defendants to any other political signs posted within the Town.

2. That this Order shall remain in full force and effect until further order of this Court.

Entered as an **Order** of this Court on the 22nd day of **October, 2010**.

**ENTER:**                                                **PER ORDER:**

_____              _____
Mary M. Lisi, District Court Judge                Clerk

**ASSENTED TO AS TO FORM AND SUBSTANCE:**

Plaintiff, **John O. Matson**
By his attorneys,

Date: October 22, 2010
_____
Richard A. Sinapi, Esq. (#2977)
**American Civil Liberties Union, R.I. Affiliate**
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
Phone: (401) 944-9690; FAX: (401) 943-9040

Defendants, **Town of North Kingstown and Gary Tedeschi,**
By their attorneys,

Date: October ____, 2010
_____
James H. Reilly, Esq. (#0658)
**North Kingstown Town Solicitor**
146 Westminster St, #500
Providence, RI 02903-2017
Phone: (401) 272-1312

Date: October 22, 2010
_____
Marc DeSisto, Esq. (#2757)
**DeSisto Law Offices**
211 Angell Street
Providence, RI 02906
Phone: (401) 272-4442

**Page 2 of 2**